IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02119-ZLW

EARL REED,

    Plaintiff,

v.

TONY COLLETTE,
JOE THISTLEWOOD, and
AUDRY WEISS, ESQ.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 0 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion for status report that Plaintiff Earl Reed submitted to and filed with the Court on January 26, 2007. The motion is GRANTED. The complaint and the action were dismissed without prejudice on January 25, 2007. A copy of the order and judgment of dismissal were mailed to Plaintiff on the same day.

Dated: January 30, 2007

---

Copies of this Minute Order mailed on January 30, 2007, to the following:

Earl Reed
Prisoner No. 64637
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

                                              _____
                                              Secretary/Deputy Clerk